IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHELLE KWAK | Criminal Action No.<br><br>1:21-CR-00199-ELR |

**Government's Motion for Leave to File Dismissal**

It appearing in the above-styled case, that the authority of the undersigned, of the Indictment, filed May 18, 2021, charging violation of 18 U.S.C. Section(s) 1343, 1349, and 2, count(s) 1-6 are dismissed as to Michelle Kwak and Movant prays leave of Court to file the same.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

*/s/ Christopher J. Huber*
By:   CHRISTOPHER J. HUBER
*Assistant United States Attorneys*
Georgia Bar No. 545627
chris.huber@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

---

**Order**

Now, to-wit, on the _____ day of May, 2023, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE