

**KISH LAW LLC**
ATTORNEYS AT LAW

229 PEACHTREE STREET, N.E.
SUITE 2505
ATLANTA, GEORGIA 30303
(404) 207-1338

July 11, 2023

Courtroom Deputy
U.S. Courthouse
75 Ted Turner Drive S.W.
Atlanta, Georgia 30303

    RE:    *United States v. Carbon* (1:23-cr-124)
              *United States v. Causey-Lee* (1:21-cr-374)
              *United States v. Dace* (1:20-cr-103)
              *United States v. Johnson* (1:23-cr-95)
              *United States v. Kwak* (1:21-cr-199)
              *United States v. Medvedev* (1:22-cr-184)
              *United States v. Shackelford* (1:21-cr-454)

Dear Courtroom Deputy:

    This letter is to notify the Court pursuant to LCrR 57.1 (E)(4), NDGa, that I will be out of the office from August 3, 2023 through and including August 11, 2023. I respectfully request that the Court not schedule any court appearances in the above-referenced matters for those dates.

                                                        Sincerely,

                                                        Paul S. Kish
                                                        Attorney-at-Law

PSK/pk